UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                      Plaintiff,

            -v-                              NOTICE OF APPEARANCE

$26,844.00 IN UNITED STATES CURRENCY,      19 Civ. 8095 (VEC)
$73,900.00 IN UNITED STATES CURRENCY
AND $142,473.00 IN UNITED STATES
CURRENCY,

                    Defendants in Rem.
------------------------------------------------------------X

TO: CLERK OF COURT

PLEASE TAKE NOTICE that Benjamin Brafman, Esq., of Brafman & Associates, P.C., 767 Third Avenue, New York, New York 10017, is appearing as counsel for Claimant Jordan Sudberg in the above-captioned matter.

Benjamin Brafman, Esq.
Brafman & Associates, P.C.
767 Third Avenue, 26th Floor
New York, New York 10017
Phone: (212) 750-7800
Fax: (212) 750-3906
E-mail: bbrafman@braflaw.com

Dated:  October 31, 2019
          New York, NY