

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

December 5, 2019

**BY ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/2019

Re: **United States v. $26,884.00 in United States Currency, et al., 19 Civ. 8095 (VEC)**

Dear Judge Caproni:

The Government writes, with the consent of defense counsel, to respectfully request an adjournment of the pretrial conference currently scheduled for December 13, 2019, at 10:00 a.m. The reason for the requested adjournment is that the undersigned attorney for the Government will be on trial before Judge Schofield at that time. This is the first request for an adjournment. The parties are available on December 23 or 24, or any day the week of December 30, 2019.

Respectfully submitted,

GEOFFREY BERMAN
United States Attorney

By: _____
Alexandra Rothman
Assistant United States Attorney
(212) 637-2580

Application GRANTED.

The IPTC is ADJOURNED to **January 3, 2020, at 10:00 a.m.** The parties' joint preconference letter is due no later than **December 26, 2019**.

cc: Defense counsel (by ECF)

SO ORDERED.

12/6/2019

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE