**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. -<br><br>$26,844.00 IN UNITED STATES CURRENCY, $73,900.00 IN UNITED STATES CURRENCY AND $142,473.00 IN UNITED STATES CURRENCY,<br><br>Defendants in Rem,<br><br>JORDAN SUDBERG,<br><br>Claimant. | Case No. 19-cv-08095 (VEC)<br><br>NOTICE OF MOTION<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 1/13/2020 |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Claimant's Unopposed Motion to Stay the Civil Proceedings, counsel for the Claimant, JORDAN SUDBERG, will move the Honorable Valerie E. Caproni, United States District Judge for the Southern District of New York, for an Order staying the civil proceedings and for such other relief as the Court deems appropriate.

Dated: January 10, 2020
New York, NY

Respectfully submitted,

*[signature]*

Benjamin Brafman, Esq.
Jacob Kaplan, Esq.
BRAFMAN & ASSOCIATES, P.C.
767 3rd Avenue, 26th Fl.
New York, NY 10017
Tel: (212) 750-7800

Application GRANTED. This case is stayed pending resolution of the criminal proceedings against Claimant Sudberg or further Order of this Court. All deadlines and scheduled appearances are adjourned *sine die*.

SO ORDERED.

*[signature]*
1/13/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE