```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/1/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNITED STATES OF AMERICA,

                      Plaintiff,

      -against-

$26,884.00 IN UNITED STATES CURRENCY,
$73,900.00 IN UNITED STATES CURRENCY,
$142,473.00 IN UNITED STATES CURRENCY,

                  Defendants in Rem,

JORDAN SUDBERG,

                      Claimant.

------------------------------------------------------------X

19-cv-8095 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 13, 2020, the Court granted Claimant Sudberg's unopposed motion to stay this civil matter pending resolution of the criminal proceedings against Claimant or further order of this Court (Dkt. 16); and

WHEREAS the Court has not received a formal update on the status of the criminal proceedings since the Court stayed this matter in January 2020;

IT IS HEREBY ORDERED that not later than **June 8, 2021**, the Government must file an update on the status of criminal proceedings against Claimant Sudberg.

IT IS FURTHER ORDERED that, after submitting the initial status update by June 8, 2021, the Government must submit a status update on the criminal proceedings against Claimant Sudberg every three months, with the first such update due **September 15, 2021**.

**SO ORDERED.**

**Date: June 1, 2021**
**New York, New York**

                                            **VALERIE CAPRONI**
                                            **United States District Judge**