UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                                   :

UNITED STATES OF AMERICA,        :

        Plaintiff,                          :

     -v.-                                     :

$26,884.00 IN UNITED STATES CURRENCY;   :
$73,900.00 IN UNITED STATES CURRENCY;   :
AND $142,473.00 IN UNITED STATES       :
CURRENCY,

        Defendants-*in-rem*.

------------------------------------- X

| USDC SDNY |
|---|
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 2/17/22 |

JUDGMENT OF FORFEITURE

19 Civ. 8095 (VEC)

       WHEREAS, on or about August 29, 2019, the United States commenced an *in-rem* forfeiture action by filing a Verified Complaint for Forfeiture (the "Forfeiture Complaint") seeking the forfeiture of the following assets:

       a.      $26,884.00 in United States currency;

       b.      $73,900.00 in United States currency; and

       c.      $142,473.00 In United States currency,

(a. through c. totaling $243,257.00, collectively the "Defendants-*in-rem*").

       WHEREAS, the Verified Complaint alleged that the Defendants-*in-rem* are subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C);

       WHEREAS, notice of the Verified Complaint against the Defendants-*in-rem* was posted on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, beginning on December 8, 2021 through January 6, 2022, and proof of such publication was filed with the Clerk of this Court on January 28, 2022 (D.E. 23);

WHEREAS, as set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii), the notice of forfeiture specified the Defendants-*in-rem* and the intent of the United States to forfeit and dispose of the Defendants-*in-rem*, thereby notifying all third parties of their right to file a claim to adjudicate the validity of their alleged legal interest in the Defendants-*in-rem*, within sixty days from the first day of publication of the Notice on the official government internet site;

WHEREAS, on or about October 10, 2019 Jordan Sudberg (the "Claimant") filed a claim asserting an ownership interest in the Defendants-*in-rem* (D.E. 6);

WHEREAS, on or about December 22, 2021 the Court entered a Stipulation and Order of Settlement whereby the Claimant withdrew his claim to the Defendants-*in-rem* and consented to the forfeiture of the Defendants-*in-rem* to the United States (D.E. 22); and

WHEREAS, no other claims or answers have been filed or made in this action, and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Defendants-*in-rem* shall be, and the same hereby are, forfeited to the plaintiff United States of America.

2. The United States Marshals Service (or its designee) shall dispose of the Defendants-*in-rem* according to law.

Dated: New York, New York
      February 17, 2022

SO ORDERED:

_____
THE HONORABLE VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE